**Entered on Docket**
**November 16, 2009**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon, fka The Bank of New York, as successor to JP Morgan Chase Bank,
N.A., as Trustee, not in its individual capacity but solely as Trustee for Pooling and Servicing
Agreement dated as of April 1, 2005 First Franklin Mortgage Loan Trust 2005-FF5 Asset-Backed
Certificates, Series 2005-FF5
09-76149

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-25403-mkn |
| Allen Yans | Date:  10/28/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor The Bank of New York Mellon, fka The Bank of New York, as successor to JP Morgan Chase Bank, N.A., as Trustee, not in its individual capacity but solely as Trustee for Pooling and Servicing Agreement dated as of April 1, 2005 First Franklin Mortgage Loan Trust 2005-FF5 Asset-Backed Certificates, Series 2005-FF5, its assignees and/or successors in interest, of the subject property, generally described as 4416 Fernbrook Rd., Las Vegas, NV 89103.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event a Notice

2  of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly

3  submit a copy of this order to the State of Nevada, Foreclosure mediation program and the Order will be

4  construed as an agreement between the Secured Creditor and the Debtor(s) that they have voluntarily

5  agreed to a mediation under the Nevada State Foreclosure Mediation program pursuant to Rule 6 of said

6  program. The necessary information can be accessed at "http://www.nevadajudiciary.us/"

7

8    DATED this _10th_ day of _November_ 2009

9  Submitted by:
   **WILDE & ASSOCIATES**

10

11  By _M. Sdwst - #10235_

12    **GREGORY L. WILDE, ESQ.**
      Attorney for Secured Creditor

13    208 South Jones Boulevard
      Las Vegas, Nevada 89107

14

15  APPROVED / DISAPPROVED

16  _____

17  pro se
    Attorney for Debtor(s)

18  APPROVED / DISAPPROVED

19  _____

20  William A. Leonard
    5030 Paradise Road, #B216

21  Las Vegas, NV  89119
    Chapter 7 Trustee

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _X_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Other Party:_____

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _X_ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor