WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

Electronically Filed on _____

**Attorney for Secured Creditor**

The Bank of New York Mellon, fka The Bank of New York, as successor to JP Morgan Chase
Bank, N.A., as Trustee, not in its individual capacity but solely as Trustee for Pooling and
Servicing Agreement dated as of April 1, 2005 First Franklin Mortgage Loan Trust 2005-FF5
Asset-Backed Certificates, Series 2005-FF5
09-76149

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | **BK09-25403-mkn** |
|---|---|
| | Chapter 7 |
| Allen Yans | NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY HEARING DATE: 10/28/09 HEARING TIME: 1:30pm |
| Debtor. | ESTIMATED TIME: 5 Minutes |

PLEASE TAKE NOTICE that on the \(\cup\)th day of November, 2009, Order

Vacating Automatic Stay was entered by the court. Copy of order is attached herewith.

DATED: _____

**WILDE & ASSOCIATES**

By _____ #10235

GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

Entered on Docket
November 16, 2009

_Hon. Mike K. Nakagawa_
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon, fka The Bank of New York, as successor to JP Morgan Chase Bank,
N.A., as Trustee, not in its individual capacity but solely as Trustee for Pooling and Servicing
Agreement dated as of April 1, 2005 First Franklin Mortgage Loan Trust 2005-FF5 Asset-Backed
Certificates, Series 2005-FF5
09-76149

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-25403-mkn |
| Allen Yans | Date: 10/28/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor The Bank of New York Mellon, fka The Bank of New York, as successor to JP Morgan Chase Bank, N.A., as Trustee, not in its individual capacity but solely as Trustee for Pooling and Servicing Agreement dated as of April 1, 2005 First Franklin Mortgage Loan Trust 2005-FF5 Asset-Backed Certificates, Series 2005-FF5, its assignees and/or successors in interest, of the subject property, generally described as 4416 Fernbrook Rd., Las Vegas, NV 89103.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event a Notice

2   of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly

3   submit a copy of this order to the State of Nevada, Foreclosure mediation program and the Order will be

4   construed as an agreement between the Secured Creditor and the Debtor(s) that they have voluntarily

5   agreed to a mediation under the Nevada State Foreclosure Mediation program pursuant to Rule 6 of said

6   program. The necessary information can be accessed at "http://www.nevadajudiciary.us/"

7

8      DATED this _10th_ day of _November_ 2009

9   Submitted by:
10  **WILDE & ASSOCIATES**

11  By _M. Adist - #10235_

12      **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
13      208 South Jones Boulevard
        Las Vegas, Nevada 89107
14

15  APPROVED / DISAPPROVED

16  _____

    pro se
17  Attorney for Debtor(s)

18  APPROVED / DISAPPROVED

19
    _____
20  William A. Leonard
    5030 Paradise Road, #B216
21  Las Vegas, NV  89119
    Chapter 7 Trustee
22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
and each has approved or disapproved the order, or failed to respond, as indicated below
(list each party and whether the party has approved, disapproved, or failed to respond to the
document):

(List Parties)
Debtor's counsel:

_____ approved the form of this order　　　　　_____ disapproved the form of this order

_____ waived the right to review the order and/or　_✗_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order　　　　　_____ disapproved the form of this order

_____ waived the right to review the order and/or　_____ failed to respond to the document

Other Party:_____

_____ approved the form of this order　　　　　_____ disapproved the form of this order

_____ waived the right to review the order and/or　_✗_ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:
_/s/ Gregory L. Wilde, Esq._
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   208 South Jones Boulevard
3  Las Vegas, Nevada 89107
   Telephone:  702 258-8200
4  Fax:  702 258-8787
5  bk@wildelaw.com,

6  and

7  MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
8  TIFFANY & BOSCO, P.A.
9  2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
10 Telephone: (602) 255-6000

11 The Bank of New York Mellon, fka The Bank of New York, as successor to JP Morgan Chase Bank,
   N.A., as Trustee, not in its individual capacity but solely as Trustee for Pooling and Servicing
12 Agreement dated as of April 1. 2005 First Franklin Mortgage Loan Trust 2005-FF5 Asset-Backed
   Certificates, Series 2005-FF5
13 09-76149

14                           UNITED STATES BANKRUPTCY COURT

15                                    DISTRICT OF NEVADA

16 In Re:                                          BK-S-09-25403-mkn

17 Allen Yans

18                                                 Date:  10/28/09
                                                   Time: 1:30pm
19
                                                   Chapter 7
20            Debtor.

21                                  CERTIFICATE OF SERVICE

22

23    1.  On __12-11-09__ I served the following documents(s):

24        NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

25    2.  I served the above-named document(s) by the following means to the persons as listed below:

26

X  **a. ECF System**

> William A. Leonard
> biff7tte@mindspring.com
> Trustee

X  **b. United States mail, postage fully prepaid:**

> Allen Yans
> 4416 Fernbrook Rd.
> Las Vegas, NV  89103
> Debtor

□  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

□    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

□    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

□  **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*


Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

□  **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**  *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on :_____12-11-09_____